Grant Hospital of Chicago, Appellant, v. Alice Bierfield et al., Appellees.

Gen. No. 41,145.

opinion filed October 1, 1940. Rupert D. Jones and David R. Domke, for appellant; Alexander Rothstein and Gabriel Goldberg, for appellee Nick Gene. Opinion by JUSTICE McSURELY. "Not to be published in full."